In the Matter of the Judicial Settlement of the Estate of
MARY E. HOLMES, Deceased.

WILLIAM S. HOLMES, Appellant; JOHN D. GUTCHES et al.,
Respondents.

*Matter of Holmes,* 79 App. Div. 267, affirmed.
(Argued November 9, 1903; decided November 24, 1903.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the third judicial department, entered
January 29, 1903, which affirmed an order of the Chenango
County Surrogate's Court adjudging the appellant herein
guilty of contempt of court.

*Edmund B. Jenks* for appellant.

*Nelson P. Bonney* and *E. E. Mellon* for respondents.

Order affirmed, with costs; no opinion.
Concur: O'BRIEN, BARTLETT, HAIGHT, VANN, CULLEN and
WERNER, JJ. Absent: PARKER, Ch. J.

---

THE PEOPLE OF THE STATE OF NEW YORK ex rel. GEORGE A.
GRESS, Appellant, *v.* GEORGE HILLIARD, as Special Deputy
Commissioner of Excise, et al., Respondents.

*People ex rel. Gress* v. *Hilliard,* 85 App. Div. 507, affirmed.
(Argued November 9, 1903; decided November 24, 1903.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the first judicial department, entered July
16, 1903, which affirmed an order of Special Term dismissing
a writ of certiorari to review the action of the defendant,
special deputy commissioner of excise, in refusing to issue a
liquor tax certificate to the relator.

*Frederic E. Perham,* for appellant.

*Herbert H. Kellogg* for respondents.

Order affirmed, with costs, on opinion below.
Concur: PARKER, Ch. J.; O'BRIEN, BARTLETT, HAIGHT,
VANN, CULLEN and WERNER, JJ.